**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6672**

STEPHANIE MICHELLE GARDNER,

    Plaintiff - Appellant,

  v.

S. DUANE LEWIS; RANDY DEMORY,

    Defendants - Appellees,

  and

BROOKS M. BARLOW; BERKELEY COUNTY SHERIFF'S OFFICE; COUNTY OF BERKELEY; HILL-FINKLEA DETENTION CENTER; TOWN OF MONCKS CORNER,

    Defendants.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  David C. Norton, District Judge.  (2:19-cv-03243-DCN)

Submitted:  November 16, 2020        Decided:  November 24, 2020

Before WILKINSON, NIEMEYER, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Louis D. Nettles, NETTLES LAW FIRM, Florence, South Carolina, for Appellant.  Robin L. Jackson, SENN LEGAL, LLC, Charleston, South Carolina, for Appellees.

————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephanie Michelle Gardner appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Gardner's 42 U.S.C. § 1983 complaint under Fed. R. Civ. P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district judge. *Gardner v. Barlow*, No. 2:19-cv-03243-DCN (D.S.C. Apr. 2, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*